SEALED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-MJ-2173



FILED
AUG 2 0 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID BILL.FIELDS.33886 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC., MENLO PARK, CA | **UNDER SEAL** |

### ORDER

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant regarding the captioned matter, except Attachments A and B to the Application, and the instant Motion and Order to Seal, be sealed by the Clerk until further order by this Court, except that two certified copies of the same be provided to the Office of the United States Attorney and Special Agents of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF).

This 20 day of August, 2014.

JAMES E. GATES
United States Magistrate Judge