IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-MJ-2173-JG-1

| | |
|---|---|
| SEARCH WARRANT FOR FACEBOOK ) <br> USER ID BILL.FIELDS.33886 THAT IS ) <br> STORED AT PREMISES CONTROLLED BY ) <br> FACEBOOK, MENLO PARK, CA ) | **ORDER TO UNSEAL** |

This case comes before the court on the motion (D.E. 8) by the government to unseal this matter. As grounds for the motion to unseal, the government represents that the reasons set forth in the motion to seal are now moot because the target of the investigation has been indicted by a federal grand jury and is aware of the federal government's investigation.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk is DIRECTED to unseal this matter and all documents filed therein.

SO ORDERED, this the 23rd day of January 2015.

_____
James E. Gates
United States Magistrate Judge